# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO AVITIA, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 2:15-cv-02435 GW (SSx) <br><br> **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

## O R D E R

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** the provisions of the concurrently filed stipulation between the parties regarding the use and protection of Confidential Information (the "Stipulated Protective Order") shall be entered as the Order of the Court and be binding upon the parties.

Dated:__06/29/15

_____/S/_____
THE HON. SUZANNE H. SEGAL
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

Proposed Order Granting Stipulated

# CERTIFICATE OF SERVICE
*Avitia v. Home Depot USA, Inc.*

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On June 29, 2015, I served the foregoing **[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER** on the below-listed parties:

Kenechi R. Agu  
Law Offices of Kenechi R. Agu             Attorneys for Plaintiff  
3655 Torrance Blvd., Suite 300            FRANCISCO AVITIA  
Torrance, CA 90503  
Tel: 310-431-9875  
Fax: 855-372-5792  
Email: kagu@kralegal.com

☒ **BY CM/ECF SYSTEM:** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case to the following:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 29, 2015, at Costa Mesa, California.

Diane Vo

Type or Print Name                    Signature

21524956.1