**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2435-GW(SSx) | Date | October 19, 2015 |
|---|---|---|---|
| Title | *Francisco Avitia v. Home Depot U.S.A., Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kenechi Reuben Agu | Thomas B. Song |

**PROCEEDINGS:**   **POST-MEDIATION STATUS CONFERENCE**

Court and counsel confer. Based on the Notice of Settlement filed on October 16, 2015, and for reasons stated on the record, the above-entitled action is hereby dismissed in its entirety.

|   |   : | 02 |
|---|---|---|
| | Initials of Preparer | JG |